UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 06-cr-00420-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ANGEL ROSARIO RODALES-REYES,

    Defendant.
_____

**ORDER**
_____

    This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Monday, November 20, 2006,** and responses to these motions shall be filed by **Thursday, November 30, 2006.**  It is

    FURTHER ORDERED that Counsel will inform this Court if a hearing on pending motions and a final trial preparation conference is needed.  It is

    FURTHER ORDERED that a 2-day jury trial is set for **Monday, December 18, 2006, at 9:00 a.m., in courtroom A-1002.**

Dated: October 27, 2006

            BY THE COURT:

            s/ Wiley Y. Daniel
            Wiley Y. Daniel
            U. S. District Judge