UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 06-cr-00420-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ANGEL ROSARIO RODALES-REYES,

    Defendant.

_____

**ORDER**
_____

    This matter is before the Court on Defendant's pro se Motion for Downward Departure [Docket #22], filed March 28, 2007. Under the law, there is no constitutional right to a hybrid form of representation. *See United States v. Bennett*, 539 F.2d 45, 49 (10th Cir. 1976). Defendant is currently represented by counsel, Edward Pluss. Consequently, the Court will not consider documents that the Defendant has filed pro se.

    This Court held a sentencing hearing on March 23, 2007 and Defendant Angel Rosario Rodales-Reyes was sentenced to be imprisoned for 35 months, with 3 years of supervised release. Accordingly, it is

    ORDERED that Defendant's Motion for Downward Departure [Docket #22], is **DENIED AS MOOT**.

Dated: April 3, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge