UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00420-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ANGEL ROSARIO RODALES-REYES,

    Defendant.

_____

### MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendant's pro se Motion for Sentencing Adjustment (docket # 38) is **DENIED**. As stated in a previous Order, there is no constitutional right to a hybrid form of representation.  *See United States v. Bennett*, 539 F.2d 45, 49 (10th Cir. 1976). Defendant remains represented by counsel. Consequently, the Court will not consider documents that the Defendant has filed pro se.  Further, Defendant has already been sentenced, and a request for a downward departure at this time is improper.

    Dated:  November 13, 2007